IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MAILI BENNETT,                                          )
                                                       )
            Plaintiff,                                  )   TC-MD 111159D
                                                       )
      v.                                                )
                                                       )
DEPARTMENT OF REVENUE,                                  )
State of Oregon,                                        )
                                                       )
            Defendant.                                  )   **DECISION OF DISMISSAL**

      This matter is before the court on Defendant's Motion to Dismiss on the ground that Plaintiff

failed to appeal within the 90 days required by ORS 305.280(2).

      A review of Plaintiff's materials shows a Notice of Refund Denial was mailed to Plaintiff on

July 13, 2011.  The Complaint was filed on October 18, 2011.  This interval is longer than the 90 days

required by ORS 305.280(2) (2009), which provides:

> "An appeal under ORS 323.416 or from any notice of assessment or refund denial issued
> by the Department of Revenue with respect to a tax imposed under ORS chapter 118,
> 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter, or collected pursuant to ORS
> 305.620, shall be filed within 90 days after the date of the notice.  An appeal from a
> proposed adjustment under ORS 305.270 shall be filed within 90 days after the date the
> notice of adjustment is final."

      The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's Motion to Dismiss is granted.  Now, therefore,

      IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is allowed.  The

Complaint is dismissed.

      Dated this _____ day of March 2012.

                                              _____
                                              JILL A. TANNER
                                              PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court,
by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241
State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision
becomes final and cannot be changed.*
*This document was signed by Presiding Magistrate Jill A. Tanner on March 8, 2012.  The Court filed
and entered this document on March 8, 2012.*

DECISION OF DISMISSAL  TC-MD 111159D                                                          1